The fact that the state introduced evidence to show guilt did not change the rule stated.

The judgment is affirmed.

Opinion approved by the court.

## CARLSON v. STATE.
### No. 26308.

Court of Criminal Appeals of Texas.
March 11, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for driving an automobile upon a public highway while intoxicated; the punishment, a fine of $100.

No statement of facts or bills of exception are found in the record, and nothing is presented for review.

The judgment is affirmed.